**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr498-MHT** |
| | ) | **(WO)** |
| **RAHREQUES ANTWAN BRUCE** | ) | |

**ORDER**

Based on the representations in open court on May 17, 2018, it is ORDERED as follows:

(1) Sentencing in this case is reset for June 18, 2018, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) Pursuant to 18 U.S.C. § 3552(b), counsel for defendant Rahreques Antwan Bruce is to arrange for a local evaluation of defendant Bruce's psychological condition for the purposes of sentencing, the findings of which are to be submitted in a report to this court no later than noon on June 14, 2018. The study shall address the following:

(a) To assist the court in assessing defendant Bruce's culpability--that is, as a mitigating factor--the study shall discuss his mental-health history and characteristics, and shall particularly address (i) whether he suffers from a substance-abuse disorder, any other mental disorder(s) and if so, which one(s); (ii) if he has a substance-abuse disorder as well as another mental disorder or disorders, how, if at all, the other mental disorder(s) relate to or interact with his substance-abuse disorder, including whether the other mental disorder(s) may be viewed as having caused, led to, or contributed to his substance-abuse disorder; (iii) what role, if any, his substance-abuse disorder and/or other mental disorder(s) played in his commission of the offenses for which he now faces sentencing; and (iv) what, if any, aspects of his childhood may be viewed as having contributed to his criminal offenses at age 13 and 17, and his long chronology of criminal

conduct since that time.

(b) In addition to assessing whether defendant Bruce suffers from a substance-abuse disorder or any other mental disorder(s), the study shall provide recommendations for treatment to be provided to him while on supervised release, including which treatment modalities, treatment settings, and supportive or other services are likely to be most effective in helping him to refrain from using illicit drugs and engaging in other illegal activity, particularly in light of his long history of criminal conduct, beginning at age 13.

(c) Finally, the study shall discuss any other matters the evaluator believes are pertinent to the sentencing factors set forth in 18 U.S.C. § 3553(a).

(3) On or before May 28, 2018, defense counsel is to provide to the mental-health evaluator ALL the details of defendant Bruce's criminal history, beginning at age 13.

DONE, this the 21st day of May, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**