IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA,    )
                             )    CRIMINAL ACTION NO.
     v.                      )       2:17cr498-MHT
                             )          (WO)
RAHREQUES ANTWAN BRUCE       )

## ORDER

It is ORDERED that defendant Rahreques Antwan
Bruce's motion to correct jail credit (doc. no. 43) is
denied with leave to renew once he can show that he has
exhausted the Administrative Remedy Procedure of the
Bureau of Prisons (BOP).  *See* 28 C.F.R. §§ 542.10 to
.16.

The federal BOP will decide whether to give credit
against defendant Bruce's federal sentence for time
spent in jail.  It is not clear whether the BOP has
made a decision in this case.  This court does not have
jurisdiction to decide a defendant's motion for jail
credit until the BOP has denied jail credit and the
defendant has appealed that decision to the BOP by
exhausting every level of the BOP's administrative

remedy procedure. *See United States v. Herrera*, 931 F.2d 761, 764 (11th Cir. 1991); *United States v. Lucas*, 898 F.2d 1554, 1556 (11th Cir. 1990).

DONE, this the 21st day of March, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE